UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 149580·516649943, 64-6221541

_____8527___, 4541, 7795, 7906, ~~0823~~ 9893,
_____0972, 1826_____
Plaintiff(s)

v.

_____JPay Incorporated_____
_____7873, 9059, 0433, 2151, 3550, 3625_____
_____
Defendant(s)

PROVIDED TO
Century C.I.

MAY 08 2020

FOR MAILING
RECEIVED BY

FILED BY _MEK_ D.C.

MAY 11 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**(TITLE OF DOCUMENT)**

I, Domeenique Pierre, on behalf of _____ plaintiff or defendant, in the above styled cause, am filing a civil case based on F.S. 12053, 718.507-509, 8E-8.005, 288.104(6), 288.055(5). Based on these Statues all businesses that are domesticated in the "State Of Florida" are entitled to a refund based on FL Stat 288.104(6). due to any breach of contract, also are entitled to file complaints against any city for County Planning Department building inspection divisions which do not give public information which should be public based on the current laws in place about Zoning Issues city ordinances & regulations present to F.S. 718.507. Based on the agreed upon terms & conditions that were set whenever the partnership was established due to any defective works that are found are reported spells within the specified time period shall be entitled to a refund based upon Stat 288.104(6); Also, there are copyright/trademark infringement issues that are up for question Ref# 105561141 Log# BD 106-200141 (under 33-302.106 youreou Whenever a security issue is brought to the attention of the officials must be documented; and appropriate action must be taken when verified that such an issue will cause further problems in the community then a transfer shall occur. 33-103.008 that certain things shall be reviewed to prepare you for the grievance process; and how to fill it out appropriately when reporting disciplinary infractions.

33601.303

Certificate of Service

I Domenique Pierce, certify that on this date 5/11/20 a true copy of the foregoing document was mailed to: U.S. Clerk of Court  701 Clematis Street
name(s) and address(es)

Room 202 W Palm Beach, FL 33401

By:

Domenique Pierce
Printed or typed name of Filer

338527 - 533138
Florida Bar Number

772-695-9691
Phone Number

200 South Indian River Drive Ste 200
Street Address

Ft. Pierce, FL 34950-4330
City, State, Zip Code

Domenique Pierce
Signature of Filer

DomeniquePierce@JPS
E-mail address

Facsimile Number

Donenique Pierce #633138
Century Correctional Institution #2144
400 Tedder Road
Century, FL
32535

PENSACOLA FL 325
26 MAY 2020 PM 2

MAILED FROM A STATE CORRECTIONAL INSTITUTION

U.S. Clerk Of Court
701 Clematis Street
Room 202 West Palm Beach,
FL 33401

33401-511352

PROVIDED TO
Century C.I.

MAY 08 2020

FOR MAILING DP
RECEIVED BY